MARK MATRI, ESQ.
(ATTORNEY ID 127652015)
SCURA WIGFIELD HEYER STEVENS & CAMMAROTA LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470
Tel: (973) 696-8391
Fax: (973) 696-8571
Attorney for Felix Nihamin

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMFK REALTY II, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>v.<br><br>ATLANTIC PROPERTY DEVELOPMENT, LLC, a New Jersey Limited Liability Company; FRANCIS M. FERRARI, an individual; FELIX NIHAMIN, an individual; and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.:<br>20-cv-06989-MAS-DEA<br><br><br><br>**SUGGESTION OF BANKRUPTCY** |

Please be advised that Defendant Felix Nihamin filed a voluntary chapter 13 bankruptcy in the United States Bankruptcy Court for the District of New Jersey on April 24, 2019 under case number 19-18309.

Dated: November 19, 2020                             /s/ Mark Matri
                                                                          Mark Matri, Esq.