# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Karl Geercken**     Direct Dial: **212-210-9471**     Email: **karl.geercken@alston.com**

December 8, 2020

**VIA ECF**

Hon. Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:   *IFMK Realty II, LLC v. Atlantic Property Development, LLC, et al.*
             Civil Action No. 3:20-cv-6989-MAS-DEA

Dear Judge Arpert:

      We represent Plaintiff IFMK Realty II, LLC ("IFMK") in the above-referenced action. As discussed with Your Honor during the parties' telephonic status conference on December 7, 2020, IFMK respectfully requests a modest extension of the current deadlines for amending pleadings and completing fact discovery, as set forth in the table below. Defendant Felix Nihamin does not oppose this request.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to Move to Amend Pleadings or Add New Parties | December 15, 2020 | January 29, 2021 |
| End of Fact Discovery | February 10, 2021 | March 31, 2021 |

      If these deadline extensions are acceptable, we respectfully request that Your Honor So Order this letter and enter it on the docket.

      We thank the Court for its attention to this matter, and we are available if Your Honor or Your Honor's staff have any questions or need anything further.

      Respectfully submitted,

      */s/ Karl Geercken*

      Karl Geercken

cc:   All Counsel of Record (via ECF)

Alston & Bird LLP    www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.