# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Karl Geercken**          Direct Dial: **212-210-9471**          Email: **karl.geercken@alston.com**

May 17, 2021

**VIA ECF**

Hon. Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:   *IFMK Realty II, LLC v. Atlantic Property Development, LLC, et al.*
             Civil Action No. 3:20-cv-6989-MAS-DEA

Dear Judge Arpert:

      We represent Plaintiff IFMK Realty II, LLC ("IFMK") in the above-referenced matter. We write regarding the Court's May 11, 2021 Text Order directing Defendant Felix Nihamin to respond to IFMK's April 23, 2021 discovery letter (D.E. No. 28) ("Discovery Letter") by May 14, 2021. (D.E. No 29). Mr. Nihamin failed to respond to IFMK's Discovery Letter by May 14, 2021, and, as of this submission, has failed to respond to the Discovery Letter.

      In accordance with Your Honor's instructions from the May 11, 2021 status conference, IFMK respectfully requests that the Court compel Mr. Nihamin to respond to IFMK's September 24, 2020 discovery requests, as referenced in the Discovery Letter, within 14 days. If Mr. Nihamin fails to do so, IFMK requests leave to move to strike Mr. Nihamin's Answer (D.E. No. 9) in this action.

      We thank the Court for its attention to this matter and are available if Your Honor or Your Honor's staff have any questions or need anything further.

                                                                   Respectfully submitted,

                                                                  */s/ Karl Geercken*

                                                                  Karl Geercken

cc: All Counsel of Record (via ECF)

Alston & Bird LLP                                                                                                      www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.