

**Mark M. Matri, Esq.**
Attorney-at-Law
mmatri@scura.com
www.scura.com
Tel: 973-696-8391
Fax: 973-696-8571

- ■ John J. Scura III., Esq.
  David C. Wigfield, Esq.
- Christopher Heyer, Esq.

- David L. Stevens, Esq.
- Pietro Cammarota, Esq.
▲ Guillermo J. Gonzalez, Esq.

- ♦ Mark M. Matri, Esq.
  Carlos D. Martinez, Esq.
  Jamal Romero, Esq.
  Joseph A. Hallock, Esq. (Of Counsel)

■ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney      ● Also admitted in New York      ▲ Also admitted in Pennsylvania      ♦ Also admitted in Florida

May 20, 2021

**VIA ECF:**
Hon. Douglas E. Alpert, U.S.M.J.
United States District Court for New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    RE: **IMFK Realth II, LLC v. Atlantic Propery Development, LLC, et al.**
       **Docket: 3:20-cv-6989-MAS-DEA**

Dear Judge Alpert:

  This firm represents the Defendant, Felix Nihamin, in the above referenced action. This letter is in response to Plaintiff's May 17, 2021 correspondence regarding discovery issues and requesting the striking of Defendant's answer.

  Defendant has provided Plaintiff's counsel with responses to outstanding discovery requests. Thank you for your attention to this correspondence and remain available to provide additional information if necessary.

            Respectfully,

            /s/ Mark Matri, Esq.

cc: Karl Geercken, Esq.

**Wayne**
1599 Hamburg Tpke
Wayne, NJ 07470
*Mailing Address*

**Secaucus**
1 Harmon Meadow Blvd
Suite 201
Secaucus, NJ 07094

**Hackensack**
3 University Plaza
Suite 207
Hackensack, NJ 07601

**Newark**
One Gateway Center
Suite 2600
Newark, NJ 07102